IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF GUAM,
_____ _ DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



**FILED**
DISTRICT COURT OF GUAM
JUN 14 2016
JEANNE G. QUINATA
CLERK OF COURT

Jaycleen C. DelaCruz
P.O. BOX 5484
Hagatna Guam, 96932

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Government of Guam
Federal Credit Union
Maite Guam, 96910

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. 16-00048
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ☑ No
*(check one)*

I. The Parties to This Complaint

   A. The Plaintiff(s)

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Jaydeen C. DelaCruz
   Street Address: P.O. Box 5484
   City and County: Hagatna
   State and Zip Code: Guam, 96932
   Telephone Number: 671-689-8495
   E-mail Address: jaydeendelacruz27@gmail.com

   B. The Defendant(s)

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

   Defendant No. 1
   Name: Government of Guam Employees Federal Credit Union; Coast 360 Federal Credit Union.
   Job or Title (if known):
   Street Address:
   City and County: Maite Guam, 96910
   State and Zip Code:
   Telephone Number:
   E-mail Address (if known):

   Defendant No. 2
   Name: Employees
   Job or Title (if known):
   Street Address:
   City and County:

2

State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 3

Name _____
Job or Title _____
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

Defendant No. 4

Name _____
Job or Title _____
(if known)
Street Address _____
City and County _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____
(if known)

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name ~~OFFICE of~~ OMSC
Street Address Naval Station
City and County (ComNavMar)
State and Zip Code Santa Rita Guam,
Telephone Number 96915
671-564-2565
671-564-2850

3

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

- [x] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

  *(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

  *(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

- [x] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

  *(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Other federal law *(specify the federal law)*: United States

- [x] Relevant state law *(specify, if known)*: Asia Pacific

- [x] Relevant city or county law *(specify, if known)*: Private

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [x] Failure to hire me.
- [x] Termination of my employment.
- [x] Failure to promote me.
- [x] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [ ] Retaliation.
- [ ] Other acts *(specify)*: _WCC_

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) __1998-June__

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race __Chamorrita Girl__
- [x] color __Brown__
- [x] gender/sex __Female__
- [x] religion __Catholic__
- [x] national origin __Local Island Girl__
- [x] age. My year of birth is __1980__. (Give your year of birth only if you are asserting a claim of age discrimination.)
- [x] disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

5

A,B,C,D,E,F,G,H. ~~(Exhibits)~~
~~- Invoices are attached of merchandise that were purchased.~~
~~- Toys, - Food, - Bills - water, power, Cable T.V.~~
~~- Christmas Special for bonus of GovGuam employees~~ - Business accounts - Damages.

Typhoon

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* June 2016.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☑ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

In the beginning I started as a leader, helper, prospector, co-worker, secretary. I walked into the dealership to purchase a vehicle on typhoon specials. There was a huge sale. My dealer personally was Allan Mcfadden and I bought a car then he asks me if I wanted to work. With no Insurance, no ID, no paperwork and no money. In about 980 billion dollars. + fees and cost of 33%. and $600.- an hour. and 980 Trjullion more dollars of damage.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 25, 2016

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Jaydeeen C. Dela Cruz

B. **For Attorneys**

Date of signing: June 25, 20 16.

Signature of Attorney: *Jaydeen Dela Cruz*
Printed Name of Attorney: Jaydeen Catherine D.C.
Bar Number:
Name of Law Firm: FEDERICA'S Law office
Address: Anigua Gu, 96932
Telephone Number: (671) 477-9866
E-mail Address: jaydeendelacruz27@gmail.com