# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| JAYDEEN C. DELA CRUZ, | CIVIL CASE NO. 16-00048 |
| Plaintiff, | |
| vs. | **ORDER** |
| GOVERNMENT OF GUAM FEDERAL CREDIT UNION, | |
| Defendant. | |

On March 29, 2017, the court ordered Plaintiff to amend her Complaint and to file with the court a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission, within 30 days from the date of the court order. Plaintiff was also given notice that failure to timely comply with the court order shall result in the dismissal of the case. As of the date of this order, Plaintiff has not complied with the court's order and as such, the above-captioned matter is hereby **DISMISSED** for lack of prosecution. *See* FED. R. CIV. P. 41(b).

**SO ORDERED.**

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: May 15, 2017**

1